COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| RANDY PONCE AND MOBILITY EXPERTS, LLC, | § | No. 08-21-00111-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 6 |
| v. | | |
| | § | of El Paso County, Texas |
| TBF FINANCIAL, LLC, | | |
| | § | (TC# 2020DCV2776) |
| Appellee. | | |
| | § | |

# O R D E R

Appellant has filed a motion to abate this appeal. The Court finds good cause to grant this abatement. Therefore, we ORDER this appeal to be abated until October 18, 2021. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the record will be due 30 days from the date of the reinstatement order.

IT IS SO ORDERED this 24th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.